UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 24-cr-20135
Hon. Matthew F. Leitman

RAEKWON FOWLER,

    Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL (ECF NO. 46)

The Government has filed a motion for leave to file certain documents under seal. The documents are presentence investigation reports prepared in connection with Defendant's convictions and sentencings in state court. These reports are not public documents and should not be filed on the public docket. *See Wilson v. Braman*, No. 5:23-CV-10132, 2024 WL 691352, at *3 (E.D. Mich. Feb. 20, 2024) (explaining why "filing [a state-court] pre-sentence investigation report under seal is justified" under the governing Sixth Circuit test for sealing filings). Accordingly, the motion is **GRANTED**.

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: December 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
